**REESE RICHMAN LLP**
Michael R. Reese (State Bar No. 206773)
michael@reeserichman.com
Kim E. Richman
kim@reeserichman.com
875 Avenue of the Americas, 18th Floor
New York, New York 10169
Telephone: (212) 579-4625
Facsimile: (212) 253-4272

*Attorneys for Plaintiff James Koh*
(additional counsel listed on signature page)

**IT IS SO ORDERED**
Judge Vaughn R Walker
5/20/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KOH, on behalf of himself, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE COCA COLA COMPANY and ENERGY BRANDS INC. (d/b/a GLACEAU),<br><br>Defendant. | Case No. 3:09-cv-00182-VRW<br><br>**FEDERAL CIVIL PROCEDURE RULE 41(a) NOTICE OF VOLUNTARY DISMISSAL** |

REESE RICHMAN LLP, 875 AVENUE OF THE AMERICAS, 18TH FLOOR, NEW YORK, NEW YORK 10001

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a) Plaintiff James Koh voluntarily dismisses without prejudice his claims made in the above-captioned action against the defendants The Coca Cola Company and Energy Brands Inc. (d/b/a Glaceau).

Dated: May 15, 2009

**REESE RICHMAN LLP**

/s/ Michael Reese

Michael R. Reese
Kim E. Richman
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 579-4625

**WHATLEY DRAKE & KALLAS, LLC**
Patrick J. Sheehan
60 State Street
Seventh Floor
Boston, Massachusetts 02109
Telephone: (617) 573-5118

**WHATLEY DRAKE & KALLAS, LLC**
Deborah Clark-Weintraub
1540 Broadway – 37th Floor
New York, New York 10036
Telephone: (212) 447-7070

**CENTER FOR SCIENCE IN THE PUBLIC INTEREST**
Stephen Gardner
5646 Milton Street - Suite 211
Dallas, Texas 75206
Telephone: (214) 827-2774

**CENTER FOR SCIENCE IN THE PUBLIC INTEREST**
Katherine Campbell
1875 Connecticut Ave. N.W. - Suite 300
Washington, DC 20009
Telephone: (202) 332-9110

*Attorneys for Plaintiff James Koh*